IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TONY JAMES LEFLORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:17cv393-AKK |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

Before the court (Doc. # 43) is Petitioner Tony James Leflore's *pro se* motion for leave to file an interlocutory appeal from the Magistrate Judge's January 14, 2019 denial (Doc. # 41) of Petitioner's "Motion to Correct Clear Error or Prevent a Manifest Injustice" (Doc. # 40), in which Petitioner maintained this court erred by failing to construe his "Motion to Compel" (Doc. # 36) and "Motion to Rehear" (Doc. # 38) as motions for partial summary judgment in this § 2255 action. The challenged order (Doc. # 41) involves no controlling issue of law on which there is substantial ground for difference of opinion, and an immediate appeal would not materially advance the ultimate termination of the litigation. *See* 28 U.S.C. § 1292(b).

Accordingly, it is ORDERED that the motion for leave to file an interlocutory appeal (Doc. # 43) is DENIED.

DONE this 8th day of February, 2019.

      /s/ Abdul K. Kallon
      ABDUL K. KALLON
      UNITED STATES DISTRICT JUDGE